IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDI MARIE HIATT,<br><br>Defendant. | CR 23-02-BLG-SPW-2<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS |

Defendant entered her plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on February 13, 2024. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on February 14, 2024 (Doc. 95). No objections having been filed within fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 95) are ADOPTED IN FULL, and Defendant's plea of guilty to the charge in Count 2 of the Indictment is accepted.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 28th day of February, 2024.

SUSAN P. WATTERS
United States District Judge

1